**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FREDERICK G. DAVISON, | ) | No. SACV 06-1258-VAP(CW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| SHERIFF MICHAEL S. CARONA, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motion for summary judgment (docket no. 38, filed February 26, 2010) be granted in part and denied in part; (3) that Plaintiff's claim for injunctive relief and his claim for punitive damages against the Sheriff in an official capacity be dismissed, without leave to amend;

1  (4) that summary judgment be granted in favor of Sheriff Carona in his
2  individual capacity only; and (5) that summary judgment be denied in
3  all other respects.
4      **IT IS FURTHER ORDERED** that this order and the judgment herein be
5  served on the parties.

7  DATED: <u>October 26, 2010</u>

                                            VIRGINIA A. PHILLIPS
                                      United States District Judge