JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK G. DAVISON, | ) CASE NO. SACV 06-1258-VAP-CW |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHERIFF MICHAEL S. CARONA; | ) **ORDER RE DISMISSAL** |
| DEPUTY GARCIA; DEPUTY | ) |
| HALE; DEPUTY M. BELTRAN; | ) |
| DEPUTY KINNEY; DEPUTY | ) |
| BALTANADO and Deputies JOHN | ) |
| DOES 1 through 10. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the agreement of the parties to this action as evidenced by their Stipulation of Dismissal filed concurrently herewith,

**IT IS HEREBY ORDERED** that this case shall be dismissed in its entirety with prejudice.

DATED: August 18, 2011_

_____
VIRGINIA A. PHILLIPS
United States District Court Judge

1